

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-17-00451-CR

**IN RE** Richard **LARES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Karen Angelini, Justice
     Luz Elena D. Chapa, Justice
     Irene Rios, Justice

Delivered and Filed:  July 26, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

On July 13, 2017, Relator filed a petition for writ of mandamus.  The court has considered the petition and is of the opinion Relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2006CR10110, styled *State of Texas v. Richard Lares*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Frank J. Castro presiding.